

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00535-CR

James Artie **SHAW,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8585
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is Granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court